THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HENRY STUTZENSTEIN, Appellant.

*Crimes — robbery and larceny — judgment of conviction affirmed.*

*People* v. *Stutzenstein*, 219 App. Div. 792, affirmed.

(Argued June 15, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1927, which affirmed a judgment of the Nassau County Court, rendered upon a verdict convicting the defendant of the crimes of robbery

in the first and second degrees and grand larceny in the second degree.

*Ely Rosenberg* and *Cyril S. Landan* for appellant.

*Elvin N. Edwards, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CRANE and KELLOGG, JJ.